UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

        Plaintiff,        Case No. 1:10-cv-1087

v.        Honorable Paul L. Maloney

UNKNOWN WOHLFERT et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Defendant Michigan Department of Corrections Bureau of Health Care Services is DISMISSED WITH PREJUDICE because it is immune from suit.

IT IS ORDERED that the Clerk shall arrange for service of summons and complaint, along with a copy of this order, upon Defendants Wohlfert, Tefft, King, Ely, Kemp and Correctional Medical Services, Inc.

IT IS FURTHER ORDERED that Defendants shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).

Dated:  December 13, 2010        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge