UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br>    Plaintiff,<br><br>-v-<br><br>JOSEPH WOHLFERT, et al.,<br>    Defendants. | )<br>)<br>)   No. 1:10-cv-1087<br>)<br>)   HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>) |

## JUDGMENT

Having resolved all pending claims and denied all relief, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   August 29, 2011                                        /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief, United States District Judge